**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NETWORK GATEWAY SOLUTIONS, LLC,  )<br>  )<br>*Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>ADTRAN, INC.;  )<br>AUDIOCODES LTD.;  )<br>AUDIOCODES, INC.;  )<br>AVAYA, INC.;  )<br>CISCO SYSTEMS, INC.;  )<br>GENBAND, INC.;  )<br>JUNIPER NETWORKS, INC.;  )<br>ALCATEL-LUCENT;  )<br>ALCATEL-LUCENT USA, INC.;  )<br>METASWITCH, INC.;  )<br>PATTON ELECTRONICS CO.; and  )<br>QUINTUM TECHNOLOGIES, LLC,  )<br>  )<br>*Defendants*.  ) | Case No. 1:09-cv-00667-JJF<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION AND ORDER DISMISSING**
**DEFENDANT METASWITCH, INC. WITH PREJUDICE**

Plaintiff Network Gateway Solutions, LLC and Defendant Metaswitch, Inc. hereby inform the court that they have settled all claims for relief asserted in this cause, and request that the Court dismiss defendant Metaswitch, Inc. from this action with prejudice.

WHEREFORE, the parties jointly request that all claims for relief asserted against Metaswitch, Inc. by Network Gateway Solutions, LLC and against Network Gateway Solutions, LLC by Metaswitch, Inc. be dismissed with prejudice, and that all attorneys' fees, costs of Court, and expenses shall be borne by each party incurring the same.

Respectfully submitted,

1

Dated: April 26, 2010

|  |  |
|---|---|
| | NETWORK GATEWAY SOLUTIONS, LLC<br>By its Attorneys, |
| *Of Counsel:* | MORRIS JAMES LLP |
| Paul A. Lesko<br>Jo Anna Pollock<br>Stephen C. Smith<br>Chris Luzecky<br>SIMMONS BROWDER GIANARIS<br>  ANGELIDES & BARNERD LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024 | */s/ Mary Matterer*<br>Mary Matterer, (#2696)<br>Richard K. Herrmann, (#0405)<br>500 Delaware Avenue<br>Suite 1500<br>PO Box 2306<br>Wilmington, DE 19899<br>(302) 888-6800<br>mmatterer@morrisjames.com |
| | METASWITCH, INC.<br>By its Attorneys, |
| *Of Counsel:* | MORRIS, NICHOLS, ARSHT & TUNNELL |
| Christian Chadd Taylor<br>KIRKLAND AND ELLIS, LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br><br>Rachel Walsh<br>KIRKLAND AND ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104 | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld, (#1014)<br>1201 North Market Street<br>PO Box 1347<br>Wilmington, DE 19899<br>(302) 658-9291<br>jblumenfeld@mnat.com |

SO ORDERED this _____ day of _____, 2010.

_____
United States District Court Judge