IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK GATEWAY SOLUTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ADTRAN, INC.; AUDIOCODES LTD.; ) <br> AUDIOCODES, INC.; AVAYA, INC.; ) <br> CISCO SYSTEMS, INC.; GENBAND, INC.; ) <br> JUNIPER NETWORKS, INC.; ALCATEL- ) <br> LUCENT; ALCATEL-LUCENT USA, INC.; ) <br> MEDIA5 CORPORATION; MEDIATRIX ) <br> TELECOM, INC.; METASWITCH, INC.; ) <br> MITEL NETWORKS CORPORATION; ) <br> MITEL NETWORKS, INC.; MULTI-TECH ) <br> SYSTEMS, INC.; PATTON ELECTRONICS ) <br> CO.; QUINTUM TECHNOLOGIES, LLC; ) <br> SIEMENS AG; SIEMENS ENTERPRISE ) <br> COMMUNICATIONS, INC.; SONUS ) <br> NETWORKS, INC.; AND ZHONE ) <br> TECHNOLOGIES, INC., ) <br> ) <br> Defendants. ) | C.A. No. 09-667 (JJF) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Defendant Cisco Systems, Inc.'s First Set of Interrogatories to Plaintiff Network Gateway Solutions, LLC* and (ii) *Defendant Cisco Systems, Inc.'s First Set of Requests for Production to Plaintiff Network Gateway Solutions, LLC* were caused to be served on April 26, 2010 upon the following in the manner indicated:

Richard K. Herrmann, Esquire  
Mary B. Matterer, Esquire  
MORRIS JAMES LLP  
500 Delaware Avenue  
Suite 1500  
Wilmington, DE 19801  
*Attorneys for Network Gateway Solutions, LLC*

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

| | |
|---|---|
| Paul A. Lesko, Esquire<br>Jo Anna Pollock, Esquire<br>Stephen C. Smith, Esquire<br>Chris Luzecky, Esquire<br>SIMMONS BROWDER GIANARIS ANGELIDES<br>  & BERNERD LLC<br>707 Berkshire Boulevard<br>East Alton, IL 62024<br>*Attorneys for Network Gateway Solutions, LLC* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Adtran, Inc. and Genband, Inc.* | *VIA ELECTRONIC MAIL* |
| David D. Bahler, Esquire<br>S. Scott Gordon, Esquire<br>Gilbert A. Greene, Esquire<br>Sarah R. Holland, Esquire<br>FULBRIGHT & JAWORSKI L.L.P.<br>600 Congress Avenue – Suite 2400<br>Austin, TX 78701<br>*Attorneys for Adtran, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas M. Kubehl, Esquire<br>Barton E. Showalter, Esquire<br>Patricio Delgado, Esquire<br>Brannon Latimer, Esquire<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>*Attorneys for Genband, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Attorneys for AudioCodes Inc. and Patton Electronics Co.* | *VIA ELECTRONIC MAIL* |

Leon Medzhibovsky, Esquire     *VIA ELECTRONIC MAIL*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for AudioCodes, Inc. and Patton Electronics Co.*

Andrew Valentine, Esquire     *VIA ELECTRONIC MAIL*
Sal Lim, Esquire
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
*Attorneys for AudioCodes, Inc. and Patton Electronics Co.*

Edmond D. Johnson, Esquire     *VIA ELECTRONIC MAIL*
James G. McMillan, III, Esquire
PEPPER HAMILTON LLP
Hercules Plaza – Suite 5100
1313 Market Street
Wilmington, DE 19801
*Attorneys for Siemens Enterprise Communications, Inc.*

Joseph T. Helmsen, Esquire     *VIA ELECTRONIC MAIL*
PEPPER HAMILTON LLP
500 Grant Street
50th Floor
Pittsburgh, PA 15219
*Attorneys for Siemens Enterprise Communications, Inc.*

Anne M. Shyjan, Esquire     *VIA ELECTRONIC MAIL*
Michael T. Renaud, Esquire
PEPPER HAMILTON LLP
125 High Street
15th Floor – Oliver Street Tower
Boston, MA 02110-2736
*Attorneys for Siemens Enterprise Communications, Inc.*

John W. Shaw, Esquire     *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street
17th Floor
Wilmington, DE 19801
*Attorneys for Alcatel Lucent USA, Inc.*

Joseph Saltiel, Esquire     *VIA ELECTRONIC MAIL*
Reginald J. Hill, Esquire
JENNER & BLOCK LLP
353 North Clark Street – Suite 3900
Chicago, IL 60654-3456
*Attorneys for Alcatel-Lucent USA, Inc.*

William J. Wade, Esquire     *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
Stephen M. Ferguson, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Avaya Inc.*

Paul R. Gupta, Esquire     *VIA ELECTRONIC MAIL*
Clifford R. Michel, Esquire
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
*Attorneys for Avaya Inc.*

Richard S. Swope, Esquire     *VIA ELECTRONIC MAIL*
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
*Attorneys for Avaya Inc.*

Philip A. Rovner, Esquire     *VIA ELECTRONIC MAIL*
POTTER ANDERSON & CORROON LLP
Hercules Plaza – 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Juniper Networks, Inc.*

Morgan Chu, Esquire                                                                                     *VIA ELECTRONIC MAIL*
Jonathan S. Kagan, Esquire
Alan Heinrich, Esquire
Erin E. McCracken, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067-4276
*Attorneys for Juniper Networks, Inc.*

Rodger D. Smith II, Esquire                                                                             *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19801
*Attorneys for Quintum Technologies, LLC*

Robert L. Burns, Esquire                                                                                *VIA ELECTRONIC MAIL*
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190
*Attorneys for Quintum Technologies, LLC*

Cortney S. Alexander, Esquire                                                                           *VIA ELECTRONIC MAIL*
FINNEGAN HENDERSON FARABOW GARRETT
  & DUNNER LLP
3500 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA  30308
*Attorneys for Quintum Technologies, LLC*

Christian Chadd Taylor, Esquire                                                                         *VIA ELECTRONIC MAIL*
KIRKLAND AND ELLIS, LLP
950 Page Mill Road
Palo Alto, CA  94304
*Attorneys for MetaSwitch, Inc.*

Rachel Walsh, Esquire                                                                                   *VIA ELECTRONIC MAIL*
KIRKLAND AND ELLIS, LLP
555 California Street
San Francisco, CA  94104
*Attorneys for MetaSwitch, Inc.*

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            /s/ Jack B. Blumenfeld
                                            Jack B. Blumenfeld (#1014)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899
                                            (302) 658-9200
                                            jblumenfeld@mnat.com

                                            *Attorneys for Cisco Systems, Inc.*

OF COUNSEL:

L. Norwood Jameson
Matthew C. Gaudet
Leah J. Poynter
DUANE MORRIS LLP
700 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, GA  30309
(404) 253-9600

Joseph A. Powers
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1842

John M. Baird
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC  20004-2166
(202) 776-7819

April 26, 2010

6

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2010 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP | Rodger D. Smith II, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP | Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A. |
| Edmond D. Johnson, Esquire<br>James G. McMillan, III, Esquire<br>PEPPER HAMILTON LLP | Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP |
| John W. Shaw, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP | William J. Wade, Esquire<br>Anne Shae Gaza, Esquire<br>Stephen M. Ferguson, Esquire<br>RICHARDS, LAYTON & FINGER, P.A. |

I further certify that I caused copies of the foregoing document to be served on April 26, 2010 upon the following in the manner indicated:

Richard K. Herrmann, Esquire  *VIA ELECTRONIC MAIL*
Mary B. Matterer, Esquire  *and HAND DELIVERY*
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801
*Attorneys for Network Gateway Solutions, LLC*

Paul A. Lesko, Esquire  *VIA ELECTRONIC MAIL*
Jo Anna Pollock, Esquire
Stephen C. Smith, Esquire
Chris Luzecky, Esquire
SIMMONS BROWDER GIANARIS ANGELIDES
  & BERNERD LLC
707 Berkshire Boulevard
East Alton, IL 62024
*Attorneys for Network Gateway Solutions, LLC*

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Adtran, Inc. and Genband, Inc.* | *VIA ELECTRONIC MAIL* |
| David D. Bahler, Esquire<br>S. Scott Gordon, Esquire<br>Gilbert A. Greene, Esquire<br>Sarah R. Holland, Esquire<br>FULBRIGHT & JAWORSKI L.L.P.<br>600 Congress Avenue – Suite 2400<br>Austin, TX  78701<br>*Attorneys for Adtran, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas M. Kubehl, Esquire<br>Barton E. Showalter, Esquire<br>Patricio Delgado, Esquire<br>Brannon Latimer, Esquire<br>BAKER BOTTS, LLP<br>2001 Ross Avenue<br>Dallas, TX  75201<br>*Attorneys for Genband, Inc.* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for AudioCodes Inc. and Patton Electronics Co.* | *VIA ELECTRONIC MAIL* |
| Leon Medzhibovsky, Esquire<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for AudioCodes, Inc. and Patton Electronics Co.* | *VIA ELECTRONIC MAIL* |

Andrew Valentine, Esquire                                                                                         *VIA ELECTRONIC MAIL*
Sal Lim, Esquire
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
*Attorneys for AudioCodes, Inc. and Patton Electronics Co.*

Edmond D. Johnson, Esquire                                                                                        *VIA ELECTRONIC MAIL*
James G. McMillan, III, Esquire
PEPPER HAMILTON LLP
Hercules Plaza – Suite 5100
1313 Market Street
Wilmington, DE 19801
*Attorneys for Siemens Enterprise Communications, Inc.*

Joseph T. Helmsen, Esquire                                                                                        *VIA ELECTRONIC MAIL*
PEPPER HAMILTON LLP
500 Grant Street
50th Floor
Pittsburgh, PA 15219
*Attorneys for Siemens Enterprise Communications, Inc.*

Anne M. Shyjan, Esquire                                                                                           *VIA ELECTRONIC MAIL*
Michael T. Renaud, Esquire
PEPPER HAMILTON LLP
125 High Street
15th Floor – Oliver Street Tower
Boston, MA 02110-2736
*Attorneys for Siemens Enterprise Communications, Inc.*

John W. Shaw, Esquire                                                                                             *VIA ELECTRONIC MAIL*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street
17th Floor
Wilmington, DE 19801
*Attorneys for Alcatel Lucent USA, Inc.*

| | |
|---|---|
| Joseph Saltiel, Esquire<br>Reginald J. Hill, Esquire<br>JENNER & BLOCK LLP<br>353 North Clark Street – Suite 3900<br>Chicago, IL  60654-3456<br>*Attorneys for Alcatel-Lucent USA, Inc.* | *VIA ELECTRONIC MAIL* |
| William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>Stephen M. Ferguson, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Avaya Inc.* | *VIA ELECTRONIC MAIL* |
| Paul R. Gupta, Esquire<br>Clifford R. Michel, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY  10103<br>*Attorneys for Avaya Inc.* | *VIA ELECTRONIC MAIL* |
| Richard S. Swope, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>*Attorneys for Avaya Inc.* | *VIA ELECTRONIC MAIL* |
| Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza – 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Juniper Networks, Inc.* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Jonathan S. Kagan, Esquire<br>Alan Heinrich, Esquire<br>Erin E. McCracken, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA  90067-4276<br>*Attorneys for Juniper Networks, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Leon Medzhibovsky, Esquire<br>Andrew Valentine, Esquire<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>*Attorneys for AudioCodes, Inc.* | VIA ELECTRONIC MAIL |
| Rodger D. Smith II, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Quintum Technologies, LLC* | VIA ELECTRONIC MAIL |
| Robert L. Burns, Esquire<br>FINNEGAN HENDERSON FARABOW GARRETT<br>  & DUNNER LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>*Attorneys for Quintum Technologies, LLC* | VIA ELECTRONIC MAIL |
| Cortney S. Alexander, Esquire<br>FINNEGAN HENDERSON FARABOW GARRETT<br>  & DUNNER LLP<br>3500 SunTrust Plaza<br>303 Peachtree Street NE<br>Atlanta, GA 30308<br>*Attorneys for Quintum Technologies, LLC* | VIA ELECTRONIC MAIL |
| Christian Chadd Taylor, Esquire<br>KIRKLAND AND ELLIS, LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for MetaSwitch, Inc.* | VIA ELECTRONIC MAIL |
| Rachel Walsh, Esquire<br>KIRKLAND AND ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>*Attorneys for MetaSwitch, Inc.* | VIA ELECTRONIC MAIL |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)